IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01651-MSK-MJW

ANTHONY LONCAR,

Plaintiff(s),

v.

UNITED STATES

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' (United States') Motion for a Stay of Discovery (docket no. 12) is GRANTED. The Plaintiff has failed to file any timely response to this motion and this court deems the motion confessed. Moreover, Defendants have demonstrated good cause to stay this case as outlined their motion.

It is FURTHER ORDERED that the Rule 16 Scheduling Conference set on October 23, 2006 at 10:00 a.m. is VACATED.

It is FURTHER ORDERED that this case is STAYED until after Judge Krieger has ruled on the Defendants' Motion to Dismiss for Lack of Jurisdiction (filed on August 22, 2006)(docket no. 4).

It is FURTHER ORDERED that the parties shall file a joint written status report with the court on the first day of each month beginning on November 1, 2006, that outlines the status of the Defendants' Motion to Dismiss for Lack of Jurisdiction.

Date:  September 28, 2006